363 A.2d 1126
**COMMONWEALTH of Pennsylvania**
v.
**Ronald LUZASKY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1976.

Decided Oct. 8, 1976.

Richard S. Campagna, John H. Appleton, Scranton, for appellant.

William J. Garvey, Ernest J. Gazda, Jr., Asst. Dist. Attys., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.